THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jermaine T. McKelvey, Appellant.
 
 
 

Appeal From Berkeley County
R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-169
 Submitted February 1, 2012  Filed March
7, 2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM: Jermaine
 T. McKelvey appeals his convictions for assault and battery with intent to
 kill, possession of a firearm during the commission of a violent crime, armed
 robbery, and possession of cocaine base, arguing the trial court erred by
 improperly instructing the jury that malice may be inferred from the use of a
 deadly weapon.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, THOMAS, and LOCKEMY,
 JJ., concur.
[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.